1028

*In the Matter of the Marriage of* HOPE L. HERRON, *Respondent, and* LAWRENCE E. VOGLTANZ, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 86-3-00521-3, James I. Maddock, J., entered February 1, 1991. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Alexander, C.J., and Petrich, J.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT HORN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-02336-4, Bruce Cohoe, J., entered March 12, 1991. *Reversed* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Seinfeld, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. GARRY E. SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-01062-5, E. Albert Morrison, J., entered June 22, 1992. *Remanded* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Seinfeld, JJ.